OPINION — AG — **** PHYSICAL THERAPY — REST HOME — INCORPORATION **** A CORPORATION FORMED FOR THE PURPOSE OF PROVIDING PHYSICAL THERAPY SERVICES IS NOT FORMED FOR A LAWFUL PURPOSE WITHIN THE MEANING OF 18 O.S. 1961 1.9 [18-1.9], AND SUCH A CORPORATION CANNOT BE ISSUED A CERTIFICATE OF INCORPORATION UNDER THE PROFESSIONAL CORPORATION ACT. A CORPORATION FORMED FOR THE PURPOSE OF ESTABLISHING AND OPERATING A NURSING HOME IS WITHIN THE MEANING OF SECTION 1.9, SUPRA. CITE: 18 O.S. 1961 801-819 [18-801] — [18-819] 59 O.S. 1951 481-517 [59-481] — [59-517], 59 O.S. 1959 Supp., 136-159.5 [59-136] — [59-159.5], 59 O.S. 1951 676-697 [59-676] — [59-697], 18 O.S. 1961 1.9 [18-1.9] 63 O.S. 1967 Supp., 1.802 [63-1.802](A), 18 O.S. 1967 Supp., 1.803 [18-1.803] CHARLES L. OWENS